# GENERAL RELEASE

KNOW ALL MEN, THAT WE, WAYNE DEMARCO, LEESA DEMARCO, BRAEDYN DEMARCO and CHAYCE DEMARCO (collectively, the "Releasors"), in consideration of the sum of **$550,000.00 (Five Hundred Fifty Thousand 00/100) Dollars** to be paid by Travelers Insurance Company of America, and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, do hereby remise, release, and forever quit-claim unto said LEO H. DOIRE and VIRGINIA TRANSPORTATION CORP., a Rhode Island corporation, their successors and assigns (collectively, the "Releasees"), any and all manners of action, causes of action, debts, dues, claims and demands, both in law and equity which against said Releasees said Releasors ever had, now have, or in the future may have for or by reason or means of any matter or thing from the beginning of the world to the day of the date of these presents including, without limitation, any and all loss, damage or claim arising out of the subject matter of the litigation brought by the Releasors against Releasees in the Providence County Superior Court being Civil Action No. 04-1171 (the "Litigation"), and any verdict or judgment entered in the Litigation.

This General Release shall not in any way be construed, nor is it intended, to release Travelers Insurance Company of America, Travelers Indemnity Company, Travelers St. Paul, Travelers Insurance Company, or any of its affiliates (collectively, "Travelers") from any and all claims that Releasors may have against Travelers in any way arising from the Litigation or any aspect thereof. The same are specifically reserved by Releasors.

THIS GENERAL RELEASE shall be deemed to be made under and shall be governed by and construed and enforced in accordance with the laws of the State of Rhode Island, without reference to conflict of law rules.

WITNESS:

______________________ WAYNE DEMARCO, Individually

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on the 17th day of November, 2006, before me personally appeared Wayne DeMarco, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed.

______________________
Notary Public
Print Name: Steven DeLuca
My Commission Expires: 7/8/9

WITNESS:

______________________ LEESA DEMARCO, Individually

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on the 17th day of November, 2006, before me personally appeared Leesa DeMarco, to me known and known by me to be the person executing the foregoing instrument, and she acknowledged said instrument by her executed to be her free act and deed.

______________________
Notary Public
Print Name: Steven DeLuca
My Commission Expires: 7/8/9

# RELEASE AND SETTLEMENT OF CLAIM

***For The Sole Consideration*** of Four Hundred Fifty Thousand and 00/100 ($450,000.00) Dollars, in hand paid, and allocated as follows:

i. Three Hundred Eighty-Five Thousand and 00/100 ($385,000.00) Dollars to Paul D. Woscyna;

ii. Fifty Thousand and 00/100 ($50,000.00) Dollars to Dorothy M. Woscyna; and

iii. Fifteen Thousand and 00/100 ($15,000.00) Dollars to Kristen R. Woscyna, a minor;

the receipt of which is hereby acknowledged, we PAUL D. WOSCYNA, DOROTHY M. WOSCYNA, being over 21 years of age, and KRISTEN R. WOSCYNA, a minor (collectively, the "Releasors"), do hereby release and forever discharge LEO H. DOIRE, VIRGINIA TRANSPORTATION CORP., a Rhode Island corporation, and TRAVELERS INDEMNITY COMPANY OF AMERICA (collectively, the "Releasees"), and all other persons, firms or corporations from any and all claims, demands, rights, actions or causes of action on account of or in any way growing out of any and all claims, loss, damage or injury of any kind including, but not limited to, personal injuries (and consequences thereof, including death, and specifically including, also, any injuries which may exist, but which at this time are unknown and unanticipated and which may develop at some time in the future, and all unforeseen development arising from known injuries) resulting or to result from an accident that occurred on or about September 10, 2003, in Cranston, Rhode Island and as claimed in a civil action entitled *Paul D. Woscyna, et al vs. Leo H. Doire, Jr. and Virginia Transportation Corporation*, filed in the State of Rhode Island Superior Court, Kent County, C.A. No. 06-0769, and do hereby

for myself, my heirs, executors, administrators, successors, assigns and next of kin covenant to indemnify and save harmless the said above-named Releasees and said persons, firms or corporations above-referred to, from all claims, demands, costs, and loss of services, expenses, and compensation on account of or in any way growing out of said accidents or its results both to person and property.

***It is expressly understood and agreed that*** the acceptance of the said above amount is in full accord and satisfaction of a disputed claim, and that the payment of the said above amount is not an admission of liability.

We acknowledge and agree that out of the proceeds of this settlement we shall be fully and solely responsible for any and all medical bills, attorney's fees and other claims or liens, noticed or unnoticed, arising out of services rendered to us or sustained by us and their consequent effect resulting from this incident that we shall forever hold harmless said Releasees with respect to any such liens or claims.

***In Witness Whereof***, we have hereunto set our hands this 17th day of November, 2006.

WITNESS:

Hector E. Zumbado, Esq.
Attorney for Paul D. Woscyna, Individually and as father and next-friend of Kristen R. Woscyna; and as
Attorney for Dorothy M. Woscyna, Individually and as mother and next-friend of Kristen R. Woscyna

[NOTARY CLAUSE ON NEXT PAGE]

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on the 17th day of November, 2006, before me personally appeared Hector E. Zumbado, as Attorney for Paul D. Woscyna, Individually and as father and next-friend of Kristen R. Woscyna; and as Attorney for Dorothy M. Woscyna, Individually and as mother and next-friend of Kristen R. Woscyna, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed in said capacity.

Notary Public
Print Name: Steven DeLuca
My Commission Expires: 2/8/9

G:\Virginia Transportation, Inc\Litigation Matter\Documents\General Release (Woscyna) 111706 (Atty).doc