**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

WAYNE DEMARCO and LEESA DEMARCO
Individually, as parents and legal guardians of
Chayce DeMarco, a minor and Brayden DeMarco,
a minor, and as Assignees of LEO H. DOIRE and
VIRGINIA TRANSPORTATION CORP.

v. C.A. NO: 1:06-cv 539

TRAVELERS INSURANCE COMPANY,
MICHAEL R. DE LUCA, ESQ. AND GIDLEY,
SARLI & MARUSAK, LLP

## NOTICE OF JOINDER IN REMOVAL

Defendants, Michael R. De Luca and Gidley, Sarli & Marusak, LLP, join in Travelers' petition removing the present action from the Superior Court for the State of Rhode Island to the U.S. District Court for the District of Rhode Island.

Defendants,
Michael R. De Luca and
Gidley, Sarli & Marusak, LLP

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

Robert A. D'Amico, II, Esq.
Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Stephen P. Harten, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Anthony R. Zelle, Esq.
Brian P. McDonough, Esq.
Zelle, McDonough, LLP
Four Longfellow Place
35th Floor
Boston, MA 02114

I hereby certify that a true copy of the within was served electronically and via regular mail upon counsel of record, as above, on the 19th day of December, 2006.

/s/ Michael R. De Luca