UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WAYNE DEMARCO and LEESA DEMARCO, Individually, as parents and legal guardians of Chayce DeMarco, a minor and Brayden Demarco, a minor, and as Assignees of LEO H. DOIRE, and VIRGINIA TRANSPORTATION CORP. | ) | CA. 1:06-cv-00539-S-LDA |
| vs. | ) | |
| TRAVELERS INSURANCE COMPANY, MICHAEL R. DELUCA, ESQ., AND GIDLEY, SARLI & MARUSAK, LLP | ) | |

**NOTICE OF FILING OF CERTIFIED SUPERIOR COURT FILE**

Pursuant to United States District Court Local Civil Rule 81(b), Travelers Insurance Company[1] hereby submits a certified copy of the Rhode Island Superior Court file associated with the State case removed to this Court on or about December 12, 2006 (C.A. No. PC 2006-6103).

Respectfully submitted,

**THE TRAVELERS INDEMNITY COMPANY,**

By their attorneys,

/s/ Stephen P. Harten
Stephen P. Harten, R.I. Bar I.D. No. 4102
**RATCLIFFE BURKE HARTEN & ELIAS LLP**
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

[1] Although plaintiffs name Travelers Insurance Company as a defendant, there is no such legal entity. The claims alleged by plaintiffs arise from a liability insurance policy issued by Travelers Indemnity Company of America to Virginia Transportation Company.

and

Anthony R. Zelle (pro hac vice application to be filed)
**ZELLE MCDONOUGH LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-6520
Fax: (617) 973-1562

Dated: December 21, 2006

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on December 21, 2006.

/s/ Stephen P. Harten
Stephen P. Harten

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6103 WAYNE DEMARCO V TRAVELERS INSURANCE COMPANY

Filing Date: 11-22-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 12-12-2006

| | |
|---|---|
| Plaintiff: WAYNE DEMARCO | Attorney: ROBERT D'AMICO |
| ID: @10874882 | Attorney: MARK DANA |
| Plaintiff: LEESA DEMARCO | Attorney: ROBERT D'AMICO |
| ID: @10874883 | Attorney: MARK DANA |
| Plaintiff: CHAYCE DEMARCO | Attorney: ROBERT D'AMICO |
| ID: @10874886 | Attorney: MARK DANA |
| Plaintiff: BRAYDEN DEMARCO | Attorney: ROBERT D'AMICO |
| ID: @10874887 | Attorney: MARK DANA |
| Plaintiff: LEO DOIRE | Attorney: ROBERT D'AMICO |
| ID: @10874888 | Attorney: MARK DANA |
| Plaintiff: VIRGINIA TRANSPORTATION CORPORATIO | Attorney: ROBERT D'AMICO |
| ID: @10874889 | Attorney: MARK DANA |
| Defendant: TRAVELERS INSURANCE COMPANY | |
| ID: @10874890 | |
| Defendant: MICHAEL DELUCA | |
| ID: @10874891 | |
| Defendant: GIDLEY SARLI AND MARUSAK | Attorney: DENNIS GRIECO |
| ID: @10874892 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-22-2006 | COMPLAINT FILED | |
| 11-22-2006 | INITIAL FILING FEE | |
| 11-22-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP237896. |
| 12-06-2006 | SUMMONS,PROOF OF SERVICE FILED | 2 ISSUED. FOR DEFS. |
| 12-12-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA 1:06 cv 539 |
| 12-12-2006 | OTH DOC FILED DURING DISCOV | |
| 12-13-2006 | ENTRY OF APPEARANCE | FOR DEFT GIDLEY, SARLIE & MARUSAK<br>Affiliated: GRIECO, DENNIS T |
| 12-13-2006 | ANSWER FILED | TO COMPLNT<br>Affiliated: DELUCA, MICHAEL R |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island