# *EXHIBIT "B"*

***Atty. Zelle's proposed Release and Settlement of Claim***

# *RELEASE AND SETTLEMENT OF CLAIM*

$550,000

***For the sole consideration of*** ~~Three Hundred Thousand Dollars and no/100~~ ~~**($300,000.00) Dollars**~~, in hand paid, the receipt of which is hereby acknowledged, I, DiMarcos XXXXXXXXXXXXXXXXX, Releasors, being over 18 years of age, do hereby release, and forever discharge **XXXXXXXXX.**, ~~**Travelers Indemnity Company of Connecticut and Travelers St Paul Travelers Insurance Company,**~~ Releasees, and all other persons, firms or corporations from any and all claims, demands, rights, actions or causes of action on account of or in any way growing out of any and all personal injuries (and consequences thereof, including death, and specifically including, also, any injuries which may exist, but which at this time are unknown and unanticipated and which may develop at some time in the future, and all unforeseen development arising from known injuries), loss of consortium, any and all claims for any and all property damage resulting or to result from an accident that occurred on or about ~~March 24, 2003 **in Wyoming, Rhode Island**~~, Sept 10, 2003 in Cranston RI and do hereby for myself, my heirs, executors, administrators, successors, assigns and next of kin covenant to indemnify and save harmless the said above-named Releasees and said persons, firms or corporations above-referred to, from all claims, demands, costs, and loss of services, expenses, and compensation on account of or in any way growing out of said accident or its results both to person and property.

Va Trans Doire

RELEASOR hereby **forever discharges and releases** RELEASEES from any and all actions, causes of action, claims, demands, liability, suits, controversies, proceedings, expenses, property damage, loss of service or companionship, claim for loss of consortium, claims arising out of any and all personal injury, whether known or unknown, including without limitation claims for wrongful death, breach of warranty and/or negligence, and from all other rights, demands, damages and liabilities of any kind or nature, including without limitation all liabilities for costs, charges, losses, expenses and attorneys' fees, which RELEASOR now has or may ever have had from the beginning of the world to date, whether now known or unknown, now existing or hereafter arising, which arise directly or indirectly out of or are related directly or indirectly to, or which result from the ~~ACCIDENT.~~ Sept 10, 2003 accident in Cranston R.I.

RELEASOR warrants that there are no liens or attachments of any kind or nature whatsoever which apply to the proceeds payable to RELEASOR under the terms of this

RELEASE, including specifically, but not limited to, liens for child, spousal, or family support, alimony, medical expense, and attorneys' fees.

RELEASOR promises promptly to defend, indemnify, and hold harmless RELEASEES against any and all claims which arise out of or are related directly or indirectly to the ACCIDENT and any one or more of the following:

a. workers' compensation insurance benefits paid, or hereafter paid, to or on behalf of RELEASOR;

b. medical (including without limitation hospital) insurance benefits paid, or hereafter paid, to or on behalf of RELEASOR;

c. medical (including without limitation hospital) services rendered, or hereafter rendered, to or on behalf of RELEASOR;

d. disability and any other insurance benefits paid, or hereafter paid, to or on behalf of, RELEASOR;

e. government benefits (including without limitation Social Security, Medicare, Medicaid, Champus, disability, and welfare) paid, or hereafter paid, to or on behalf of RELEASOR;

f. any and all claims for loss of society or consortium, consequential damage, infliction of emotional distress, or wrongful death, made or brought against DEFENDANTS by or on behalf of any person claiming to be a natural or adopted parent or child, dependent, or spouse of RELEASOR;

g. any and all claims made or brought by anyone against DEFENDANTS for contribution or indemnity; and

h. any and all liens, including without limitation, liens of attorneys.

RELEASOR acknowledges that this release may be offered in evidence by RELEASEES in any judicial or other proceeding to enforce any of its provisions against RELEASOR.

RELEASOR agrees that this release, and any payments pursuant to it, shall not be construed as an admission of liability on the part of RELEASEES and that RELEASEES expressly deny any liability for any injury or damage of any kind or nature to RELEASOR.

RELEASOR hereby acknowledges and assumes all risks, chance or hazards that the injuries or damage may be, or become, permanent, progressive, greater or more extensive than is now known, anticipated or expected, or may result in death. RELEASOR states that no promise or inducement which is not expressed in this release has been made to RELEASOR. In executing this release, RELEASOR states that they do not rely upon any statement or representation made by any person, firm or corporation, hereby released, or any agent, physician, doctor, insurer or any other person representing RELEASEES concerning the nature, extent or duration of said damages or losses or the legal liability therefor.

RELEASOR understands and acknowledges that this release contains the entire agreement between RELEASOR and RELEASEES, and that the terms of this release are contractual and not a mere recital.

RELEASOR understands and acknowledges that this release is deemed to be made in the State of Rhode Island and that it and the legal relations between RELEASOR and RELEASEES shall be construed and governed according to the laws of the State of Rhode Island.

RELEASOR states that he is of legal age, is competent, has had the advice of independent legal counsel of his choosing, has read carefully the foregoing release, knows and fully understands the contents thereof, and has hereby signed and executed this release as his free act and deed.

***It is expressly understood and agreed that*** the acceptance of the said above amount is in full accord and satisfaction of a disputed claim, and that the payment of the said above amount is not an admission of liability.

I acknowledge and agree that out of the proceeds of this settlement I shall be fully and solely responsible for any and all medical bills, attorney's fees and other claims or liens, noticed or unnoticed, arising out of services rendered to me or sustained by me and their consequent

effect resulting from this incident and I shall forever hold harmless said Releasees with respect to any such liens or claims.

***In Witness Whereof***, I have hereunto set my hand and seal this _____ day of ____________________________, 2005.

_______________________________________

_______________________________________

***CERTIFICATE OF WITNESSES***

***We certify that this release*** was signed in our presence by the above who acknowledged that they understood it fully.

Witness _____________________________ Witness _______________________________

Address______________________________ Address_______________________________