# *EXHIBIT "C"*

***Letter to Travelers adjuster, Caren Gattinella, dated December 1, 2006.***

D'AMICO • BURCHFIELD, LLP
LEGAL SOLUTIONS IN A COMPLICATED WORLD

December 1, 2006

**VIA FACSIMILE ONLY:**
**(877) 786-5584**
Caren Gattinella
Travelers Insurance Co.
44 Bedford Street
PO Box 111
Middleboro MA 02344

**RE: OUR CLIENT: WAYNE DEMARCO**
**YOUR INSURED: VIRGINIA TRANSPORTATION (LEO DOIRE)**
**CLAIM NUMBER: AJN3624**
**DATE OF LOSS: 9/10/03**

Dear Ms. Gattinella:

Thank you for copying my office on your letter of November 29, 2006. Please be advised that we wholly disagree with the language of paragraph two stating:

> ***Please be advised that on behalf of Leo H. Doire and Virginia Transportation, we have settled the above action with your attorney for $550,000 for damages resulting from the above captioned claim.***

It was made entirely clear at the "mediation" on November 17, 2006 that the payment of $550,000 was gratuitous in nature and was not considered by your insureds or by my clients to be a settlement of the claim in any respect. We consider the payment of $550,000 only as a partial payment against any future recovery on the Asermely claims that the DeMarcos now have against Travelers directly.

Very truly yours,

**D'AMICO • BURCHFIELD, LLP**

Robert A. D'Amico, II, Esquire

Cc: Tony Zelle (via e mail only)

***536 Atwells Avenue • Providence, Rhode Island, 02909***
***Tel. 401.454.1212 • Fax. 401.454.1233 • www.DBLawRI.com***