**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WAYNE DEMARCO and LEESA DEMARCO, Individually, as parents and legal guardians of Chayce DeMarco, a minor and Brayden Demarco, a minor, and as Assignees of LEO H. DOIRE, and VIRGINIA TRANSPORTATION CORP. | |
| | CA. 1:06-cv-00539-S-LDA |
| vs. | |
| TRAVELERS INSURANCE COMPANY, MICHAEL R. DELUCA, ESQ., AND GIDLEY, SARLI & MARUSAK, LLP | |

**NOTICE OF APPEARANCE**

I, Jenny M. Cordero, Esquire, hereby enter my appearance on behalf of the Defendant, Travelers Insurance Company.[1] I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Jenny M. Cordero

Jenny M. Cordero, Esq., #7200
**Ratcliffe Burke Harten & Elias, LLP**
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
jcordero@rbhelaw.com

Dated: December 29, 2006

[1] [1] Although plaintiffs name Travelers Insurance Company as a defendant, there is no such legal entity. The claims alleged by plaintiffs arise from a liability insurance policy issued by Travelers Indemnity Company of America to Virginia Transportation Company.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 29, 2006.

/s/ Jenny M. Cordero
Jenny M. Cordero, Esq.