**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WAYNE DEMARCO and LEESA DEMARCO, Individually, as parents and legal guardians of Chayce DeMarco, a minor and Brayden DeMarco, a minor, and as Assignees of LEO H. DOIRE, and VIRGINIA TRANSPORTATION CORP. | ) | C.A. 1:06-cv-00539-S-LDA |
| vs. | ) | |
| TRAVELERS INSURANCE COMPANY, MICHAEL R. DELUCA, ESQ., and GIDLEY, SARLI & MARUSAK, L.L.P | ) | |

**NOTICE OF APPEARANCE**

I, Curtis R. Diedrich, Esquire, hereby enter my appearance on behalf of the Defendants, Michael R. Deluca, Esquire and Gidley, Sarli & Marusak, L.L.P. I certify that I am admitted to practice in this court.

Respectfully Submitted,

/s/ Curtis R. Diedrich

Curtis R. Diedrich, Esq., #4171
Sloane & Walsh, L.L.P.
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700
cdiedrich@sloanewalsh.com

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified by the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2007.